# EXHIBIT 01—2

# Schedule of Actions
# Plaintiffs' Motion to Transfer

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

In re: JULY 12, 2024 AT&T CUSTOMER  
DATA SECURITY BREACH                              MDL NO. _____

**IN THE UNITED STATES DISTRICT COURT  
FOR THE NORTHERN DISTRICT OF GEORGIA**

LORI YOUNG, and MACHELLE CRAWFORD,  
individually and on behalf of all  
others similarly situated,

v.                                                CASE NO. 24-cv-03185

AT&T MOBILITY, LLC

**Schedule of Actions Submitted by Plaintiffs Lori Young and Machelle Crawford  
In Support of Their Motion for Transfer of Actions to the Northern District of Georgia**

| Case Caption | Court | Case No. | Judge |
|---|---|---|---|
| *Chris Schulte v. AT&T Inc. and AT&T Mobility, LLC* | District of New Jersey | 3:24-cv-07818 | Not Yet Assigned |
| *Dina Winger v. AT&T, Inc.* | Northern District of Texas- Dallas Division | 3:24-cv-1797 | Judge Ada Brown |
| *Richard Olivieri and Lauren Woon v. AT&T, Inc.; AT&T Mobility, LLC and Snowflake, Inc.* | District of Montana- Butte Division | 2:24-cv-00056 | Magistrate Judge John Johnston |
| *Lori Young and Machelle Crawford v. AT&T Mobility, LLC* | Northern District of Georgia | 1:24-cv-03185 | Judge Victoria M. Calvert |