## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: JULY 12, 2024 AT&T CUSTOMER
DATA SECURITY BREACH            MDL NO. _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

LORI YOUNG, and MACHELLE CRAWFORD,
individually and on behalf of all
others similarly situated,

v.            CASE NO. 24-cv-03185

AT&T MOBILITY, LLC

## PROOF OF SERVICE

I hereby certify that a copy of the Plaintiffs' Motion for Transfer of Actions Under 28 U.S.C. § 1407, the Brief in support of that Motion, the Schedule of Actions, the Complaint and Docket Sheets for Related Actions, the Statement Regarding Oral Argument, and this Proof of Service was served by First Class U.S. Mail and/or electronic mail on July 23, 2024, to the recipients shown below.

Dated: July 23, 2024

                                           By: /s/ *Paul J. Doolittle*
                                           Paul J. Doolittle
                                           **POULIN | WILLEY | ANASTOPOULO**
                                           32 Ann Street
                                           Charleston, SC 29403
                                           Telephone: (803) 222-2222
                                           Fax: (843) 494-5536
                                           Email: paul.doolittle@poulinwilley.com
                                                           cmad@poulinwilley.com
                                           *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

**Clerk of the Court**
United States District Court for the
Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

**Clerk of the Court**
United States District Court for the
District of Montana, Butte Division
Mike Mansfield Federal Courthouse
400 N. Main Street, Suite 273
Butte, Montana 59701

**Clerk of the Court**
United States District Court for the
Northern District of Texas, Dallas Division
1100 Commerce Street, Room 1452
Dallas, Texas 75242

**Clerk of the Court**
United States District Court for the
District of New Jersey
Mitchell H. Cohen Building
4th & Cooper Streets
Camden, New Jersey 08101

Serina Marie Vash, Esq.
HERMAN JONES LLP
153 CENTRAL AVENUE #131
WESTFIELD, NJ 07090
404-504-6516
Email: svash@hermanjones.com
***Counsel for Plaintiff Chris Schulte***

Patrick Yarborough
Foster Yarborough PLLC
917 Franklin Street
Suite 220
Houston, TX 77002
713-331-5254
Fax: 713-513-5202
Email: patrick@fosteryarborough.com

Damon Edwin Mathias
Mathias Raphael PLLC
13601 Preston Road, Suite W217
Dallas, TX 75240
214-739-0100
Fax: 214-739-0151
Email: damon@mrlaw.co

Lori Feldman
George Feldman McDonald PLLC
102 Half Moon Bay Drive
Croton on Hudson, NY 10520
917-983-9321
Fax: 888-421-4173
Email: lfeldman@4-justice.com

Ori Raphael
Mathias Raphael PLLC
13101 Preston Rd
Ste 501
Dallas, TX 75240
214-739-0100
Email: ori@mrlaw.co
*Counsel for Plaintiff Dina Winger*

William A. Rossbach
ROSSBACH LAW, P.C.
401 North Washington Street
P.O. Box 8988
Missoula, MT 59807
406-543-5156
Fax: 728-8878
Email: bill@rossbachlaw.com
*Counsel for Plaintiffs Richard Olivieri and Lauren Woon*

By: */s/ Paul J. Doolittle*
Paul J. Doolittle
**POULIN | WILLEY | ANASTOPOULO**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
Email: paul.doolittle@poulinwilley.com
      cmad@poulinwilley.com
*Attorney for Plaintiffs*