BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: AT&T INC. CELLULAR | ) | MDL NO. 3124 |
| CUSTOMER DATA SECURITY | ) | |
| BREACH LITIGATION | ) | |
| | ) | |
| | ) | |

## NOTICE OF RELATED ACTION

In accordance with Judicial Panel on Multidistrict Litigation Rules of Procedure 6.2(d) and 7.1(a), Plaintiff Alicia LeDuc Montgomery writes to notify the Panel of the following related class action: *LeDuc Montgomery v. AT&T, Inc.*, Case No. 3:24-cv-05581 (W.D. Wash.) The complaint and docket sheet are attached as Exhibit A.

Dated: August 8, 2024

Respectfully submitted,

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue
Suite 3400
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
claufenberg@kellerrohrback.com

*Counsel for Plaintiff Alicia LeDuc Montgomery*

1