BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** AT&T Inc. Cellular Customer Data Security Breach Litigation | MDL Docket No. 3124 |

## NOTICE OF RELATED ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United State Judicial Panel on Multidistrict Litigation, plaintiff TINA POWELL, hereby notifies the Clerk of the potential Related Action pending in federal district court and listed on the attached Schedule of Action:

*Powell v. AT&T Inc.,* 3:24-cv-01948-E (N.D. TX).

The complaint and docket sheet for the potential tagalong actions are attached hereto as Exhibit 1.

Dated: August 16, 2024

Respectfully submitted,

/s/ *William Audet*
William M. Audet
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 568-2555
Fax: (415) 568-2556
waudet@audetlaw.com

*Counsel for Plaintiff Tina Powell*