**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: AT&T Inc. Cellular Customer Data Security Breach Litigation | MDL Docket No. 3124 |
|---|---|

## **SCHEDULE OF ACTION**

|  | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Tina Powell | AT&T Inc. | N.D. Texas | 3:24-cv-01948-E | Judge Ada Brown |