### BEFORE THE UNITED STATES JUDICIAL PANEL
### ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** AT&T Inc. Cellular Customer Data Security Breach Litigation | MDL Docket No. 3124 |

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on August 16, 2024, I electronically filed the following: Notice of Related Action, and Proof of Service using the Judicial Panel on Multidistrict Litigation's CM/ECF system and was served on all parties via CM/ECF.

Dated:  August 16, 2024                                Respectfully submitted,

/s/ *William Audet*
William M. Audet
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 568-2555
waudet@audetlaw.com

*Attorney for Plaintiff Tina Powell*