**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

In re: AT&T INC. CELLULAR CUSTOMER
DATA SECURITY BREACH LITIGATION                         MDL NO. 3124

**PLAINTIFF'S REPLY TO MOTION TO TRANSFER**

COMES NOW, Plaintiff Lori Young, by and through counsel, and submits this her Reply to her previously filed Motion to Transfer [Document No. 1], [Document No. 7 Corrected], and in support thereof states as follows:

1.   As stated in Plaintiff's previously filed Motion to Withdraw its Motion to Transfer [Docket No. 33], Plaintiff Lori Young does not support her previously filed Motion to Transfer on the grounds that MDL No. 3126, regarding Snowflake, Inc., the third party purportedly responsible for the AT&T data breach and several other data breaches involving companies across the country, would be the more efficient and appropriate forum for this litigation.

2.     Plaintiff believes that judicial economy and efficiency would be served by transferring and consolidating all cases involving the data breach purportedly caused by Snowflake, Inc. to the pending Snowflake MDL in MDL No. 3126. Plaintiff believes this would relieve any concerns of inconsistencies between MDL No.3124 and No. 3126 and would promote judicial economy in focusing on the purported cause of the overall data breach involving several different companies.

3.   Plaintiff is in accordance with the Responses in Opposition to the Motion to Transfer filed by Defendants AT&T, Inc.and their claims that MDL 3126 "subsumes" MDL 3124 and that the consolidation of the AT&T data breach cases with other companies whose data was compromised by the Snowflake breach would "promote the just and efficient control of all the overlapping class actions." See Docket No. 24.

WHEREFORE, Plaintiff respectfully requests that the Panel deny the Motion to Transfer, thereby allowing transfer of all pending cases in MDL No. 3124 to MDL No. 3126. Plaintiff requests any other relief to which she may be entitled.

This the 23rd day of August, 2024.

By: /s/ *Paul J. Doolittle*
Paul J. Doolittle
**POULIN | WILLEY | ANASTOPOULO**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
Email: paul.doolittle@poulinwilley.com
        cmad@poulinwilley.com
        *Attorney for Plaintiff Lori Young*