BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | ) | |
|---|---|---|
| IN RE: AT&T INC. CELLULAR | ) | MDL No. 3124 |
| CUSTOMER DATA SECURITY | ) | |
| BREACH LITIGATION | ) | |
| | ) | |

## NOTICE OF RELATED ACTION

In accordance with Judicial Panel on Multidistrict Litigation Rule of Procedure 6.2(d), Plaintiffs Christina Fordham, Allen Gaters, and Angela Haughton write to notify the Panel of the following related class action: *Fordham, et al. v. Snowflake Inc., AT&T, Inc., and AT&T Mobility LLC*, Case No. 2:24-cv-00092-BMM (D. Mont.). Because the listed action involves common questions of fact with actions on the motion to transfer pending before the Panel, it is a "related action" for purposes of these proceedings.

The complaint and docket sheet are attached as Exhibit A.


Dated: September 3, 2024                      Respectfully submitted,

                                                         */s/ Lesley E. Weaver*
                                                         Lesley E. Weaver
                                                         **BLEICHMAR FONTI & AULD LLP**
                                                         1330 Broadway, Suite 630
                                                         Oakland, CA 94612
                                                         Tel.: (415) 445-4003
                                                         Fax: (415) 445-4020
                                                         lweaver@bfalaw.com

                                                         ***Counsel for Plaintiffs Christina Fordham,***
                                                         ***Allen Gaters, and Angela Haughton***